IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>JOHN W. FIELD, individually, JOSEPH B. )<br>ELAD, individually, FAITH B. ELAD, )<br>individually, QUANTUM LEAP HOLDINGS, )<br>INC.. QUANTUM LEAP INNOVATIONS, INC., )<br>)<br>Defendants. ) | C.A. No. 06C-CV-591 (SLR) |

### ENTRY OF APPEARANCE

Please enter the appearance of Elizabeth A. Wilburn, of Blank Rome LLP, on behalf of Plaintiff, Christian J. Henrich in the above-captioned action.


BLANK ROME LLP


By: */s/ Elizabeth A. Wilburn*
_____
Elizabeth A. Wilburn, Esquire
DE I.D. No. 3666
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax:   (302) 425-6464

Attorneys for Plaintiff

Dated: October 25, 2006

## CERTIFICATE OF SERVICE

I, Elizabeth A. Wilburn, hereby certify that on the 25th day of October, 2006, a copy of the foregoing **ENTRY OF APPEARANCE** was electronically served on the following:

> Michael P. Kelly, Esquire
> McCarter & English
> 919 North Market Street
> Suite 1800
> Wilmington, DE 19801

> /s/ Elizabeth A. Wilburn
> _____
> Elizabeth A. Wilburn
> I.D. No. 3666