IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,                )<br>                                                          )<br>                    Plaintiff,           )<br>                                                          )<br>          v.                                         )         C.A. No. 06C-CV-591 (SLR)<br>                                                          )<br>JOHN W. FIELD, individually, JOSEPH B.  )<br>ELAD, individually, FAITH B. ELAD,      )<br>individually, QUANTUM LEAP HOLDINGS, )<br>INC., QUANTUM LEAP INNOVATIONS, INC., )<br>                                                          )<br>                    Defendants.        ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of David S. Widenor to represent Plaintiff Christian J. Henrich in this matter.

BLANK ROME LLP

By: _____
Elizabeth A. Wilburn (DE No. 3666)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax:    (302) 425-6464
Attorneys for Plaintiff

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of David S. Widenor is GRANTED.

Date: _____          _____
                                                                    United States District Judge

900200.00001/40165264v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: *October 25, 2006*   Signed: *DSWidenor*

David S. Widenor, Esquire
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202
(716) 858-3813  Phone
(716) 856-5537  Fax

## CERTIFICATE OF SERVICE

I, Elizabeth A. Wilburn, hereby certify that on the 25th day of October, 2006, a copy of the foregoing Motion and Order for Admission Pro Hac Vice of David S. Widenor was electronically served on the following:

>Michael P. Kelly, Esquire
>McCarter & English
>919 North Market Street
>Suite 1800
>Wilmington, DE  19801

>_____
>Elizabeth A. Wilburn
>I.D. No. 3666