IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>    Defendants. | C. A. No. 06C-CV-591 (SLR)<br><br>**JURY TRIAL OF TWELVE DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brenden R. Chainey to represent Defendants Quantum Leap Holdings, Inc., Quantum Leap Innovations, Inc., John W. Field, Joseph B. Elad, and Faith B. Elad in this matter.

          McCARTER & ENGLISH, LLP

          /s/ Michael P. Kelly
          _____
          Michael P. Kelly (DE ID# 2295)
          919 North Market Street, Suite #1800
          P. O. Box 111
          Wilmington, DE 19899
          (302) 984-6300

          Attorney for Defendants

Dated: November 6, 2006

ME1\5945641.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>          Defendants. | C. A. No. 06C-CV-591 (SLR)<br><br>**JURY TRIAL OF TWELVE DEMANDED** |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for Brenden R. Chainey is GRANTED.

Date:_____          _____
                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to __X_ the Clerk's Office upon the filing of this motion.

Date:  November 6, 2006            /s/ Brenden R. Chainey
                                                  Brenden R. Chainey
                                                  Morgan Lewis & Bockius LLP
                                                  1701 Market Street
                                                  Philadelphia, PA  19103
                                                  (215) 963-5257

ME1\5945641.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Brenden R. Chainey was served via e-file on this 6th day of November, 2006, upon the following:

> Elizabeth A. Wilburn, Esquire
> Blank Rome LLP
> 1201 Market Street, St. 800
> Wilmington, DE 19801

>> /s/ Michael P. Kelly
>> Michael P. Kelly