IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>  Defendants. | C. A. No. 06C-CV-591 (SLR)<br><br>**JURY TRIAL OF TWELVE DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Courtney A Wirth to represent Defendants Quantum Leap Holdings, Inc., Quantum Leap Innovations, Inc., John W. Field, Joseph B. Elad, and Faith B. Elad in this matter.

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
Michael P. Kelly (DE ID# 2295)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE  19899
(302) 984-6300

Attorney for Defendants

Dated: January 19, 2007

ME1\6109570.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>    Defendants. | C. A. No. 06C-CV-591 (SLR)<br><br>**JURY TRIAL OF TWELVE<br>DEMANDED** |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for

Courtney A. Wirth is GRANTED.

Date:_____       _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid

\_\_\_\_\_ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to

\_X\_ the Clerk's Office upon the filing of this motion.


Date:  January 19, 2007              /s/ Courtney A. Wirth
                                     Courtney A. Wirth
                                     Morgan Lewis & Bockius LLP
                                     1701 Market Street
                                     Philadelphia, PA  19103
                                     (215) 963-5975

ME1\6109570.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Courtney A. Wirth was served electronically on this 19th day of January, 2007, upon the following:

> Elizabeth A. Wilburn, Esquire
> Blank Rome LLP
> 1201 Market Street, St. 800
> Wilmington, DE 19801

and by First Class Mail upon:

> David S. Widenor, Esquire
> Damon & Morey LLP
> 1000 Cathedral Place
> 298 Main Street
> Buffalo, NY 14202

/s/ Michael P. Kelly
Michael P. Kelly

ME1\6109626.1