IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>    Defendants. | C. A. No. 06C-CV-591 (SLR)<br><br>**JURY TRIAL OF TWELVE DEMANDED** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Brendan R. Chainey withdraws his appearance on behalf of Defendants Quantum Leap Holdings, Inc., Quantum Leap Innovations, Inc., John W. Field, Joseph B. Elad, and Faith B. Elad from the above captioned case.

**McCARTER & ENGLISH, LLP**

/s/ Michael P. Kelly
Michael P. Kelly (Del. Bar I.D. #2295)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

Dated: January 19, 2007

ME1\6109712.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2007, a copy of the foregoing Withdrawal of Appearance of Brenden R. Chainey was served electronically on:

>Elizabeth A. Wilburn, Esquire
>Blank Rome LLP
>1201 Market Street, Suite 800
>Wilmington, DE  19801

and by First Class Mail on:

>David S. Widenor, Esquire
>Damon & Morey LLP
>1000 Cathedral Place
>298 Main Street
>Buffalo, NY  14202

>/s/ Michael P. Kelly
>Michael P. Kelly (#2295)

ME1\6109712.1