IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIAN J. HENRICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06C-CV-591 (SLR) |
| JOHN W. FIELD, individually, JOSEPH B. ELAD, individually, FAITH B. ELAD, individually, QUANTUM LEAP HOLDINGS, INC., QUANTUM LEAP INNOVATIONS, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 19, 2007 copies of Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1) Of The Federal Rules of Civil Procedure and this Notice were served by facsimile and first class mail to the following:

Edward S. Mazurek, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly, Esquire
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE 19801

BLANK ROME LLP

BY: _____
Elizabeth A. Wilburn (DE #3666)
Alisa E. Moen (DE #4088)
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Counsel for Plaintiff Christian J. Henrich

Of Counsel:

**DAMON & MOREY LLP**
David S. Widenor Esq.
289 Main Street
1000 Cathedral Place
Buffalo, New York 14202
Phone: (716) 858-3813
Counsel for Plaintiff Christian J. Henrich