IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>    Defendants. | C. A. No. 06C-CV-591 (UNA)<br><br>**JURY TRIAL OF TWELVE<br>DEMANDED** |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants John W. Field, Joseph B. Elad, Faith B. Elad, Quantum Leap Holdings, Inc., and Quantum Leap Innovations, Inc., will take the deposition of Plaintiff Christian J. Henrich on Wednesday, March 28, 2007 beginning at 10:00 a.m. at the offices of McCarter & English, LLP, 919 N. Market Street, Wilmington, DE 19899, before an officer duly authorized by law to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

ME1 6188497v.1

                    McCARTER & ENGLISH LLP

                    /s/ Andrew S. Dupre

                    Andrew S. Dupre
                    (DE Bar ID # 4621)
                    919 North Market Street, St 1800
                    Wilmington, DE 19899
                    Phone: (302) 984-6301

                    and

                    Edward S. Mazurek
                    Courtney A. Wirth
                    MORGAN, LEWIS & BOCKIUS LLP
                    1701 Market Street
                    Philadelphia, PA  19103
                    215.963.5000

Dated: February 21, 2007        Attorneys for Defendants

ME1 6188497v.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, a copy of Notice of Deposition was served via e-file on the following counsel of record:

>Elizabeth A. Wilburn, Esquire
>1201 Market Street, Suite 800
>Wilmington, DE 19801

>/s/ Andrew S. Dupre
>Andrew S. Dupre (DE Bar ID # 4621)

ME1 6188497v.1