IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>    Defendants. | C. A. No. 06C-CV-591 (UNA)<br><br>**JURY TRIAL OF TWELVE DEMANDED** |

## NOTICE OF SERVICE

I, Andrew S. Dupre, hereby certify that a true and correct copy of Defendant's First Request for Production of Documents and Defendant's First Set of Interrogatories were served by first class mail on the 20th day of February, 2007, upon the following counsel of record:

    Elizabeth A. Wilburn, Esquire
    Blank Rome LLP
    1201 Market Street, St. 800
    Wilmington, DE 19801

    McCARTER & ENGLISH LLP

    /s/ Andrew S. Dupre
    Andrew S. Dupre (DE Bar ID #4621)
    919 N. Market Street, 18th Floor
    Wilmington, DE 19801
    (302) 984-6300

Dated: February 21, 2007    Attorney for Defendants

ME1 6188582v.1