IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN W. FIELD, individually, JOSEPH B. ) <br> ELAD, individually, FAITH B. ELAD, ) <br> individually, QUANTUM LEAP ) <br> HOLDINGS, INC., QUANTUM LEAP ) <br> INNOVATIONS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 06C-CV-591 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 2, 2007 copies of (1) Plaintiff's Response to Defendants' First Request for Production of Documents; (2) Plaintiff's Response to Defendants' First Set of Interrogatories; and (3) Plaintiff's First Request for Production of Documents were served via overnight mail to the following:

Edward S. Mazurek, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly, Esquire
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE 19801

BLANK ROME LLP

BY: _____
Elizabeth A. Wilburn (DE #3666)
Alisa E. Moen (DE #4088)
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400

Counsel for Plaintiff Christian J. Henrich

126313.00601/40168476v.1

Of Counsel:

**DAMON & MOREY LLP**
David S. Widenor, Esquire
289 Main Street
1000 Cathedral Place
Buffalo, New York 14202
Phone: (716) 858-3813
Counsel for Plaintiff Christian J. Henrich

Dated: April 24, 2007