IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIAN J. HENRICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN W. FIELD, individually,<br>JOSEPH B. ELAD, individually,<br>FAITH B. ELAD, individually,<br>QUANTUM LEAP HOLDINGS, INC.,<br>QUANTUM LEAP INNOVATIONS, INC.,<br><br>　　　　Defendants. | C. A. No. 06C-CV-591 (SLR)<br><br>**JURY TRIAL OF TWELVE<br>DEMANDED** |

## NOTICE OF SERVICE

I, Andrew S. Dupre, hereby certify that a true and correct copy of Defendants' Objections and Responses to Plaintiff's First Request for Production of Documents and First Set of Interrogatories were served by first class mail on the 18th day of May, 2007, upon the following counsel of record:

　　　　Elizabeth A. Wilburn, Esquire
　　　　Blank Rome LLP
　　　　1201 Market Street, St. 800
　　　　Wilmington, DE 19801

　　　　McCARTER & ENGLISH LLP


　　　　/s/ Andrew S. Dupre
　　　　Andrew S. Dupre (DE Bar ID #4621)
　　　　919 N. Market Street, 18th Floor
　　　　Wilmington, DE 19801
　　　　(302) 984-6300

Dated: May 21, 2007　　　　Attorney for Defendants

ME1 6188582v.1