**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CHRISTIAN J. HENRICH,

Plaintiff,

v.

CIVIL ACTION NO. 06-591-SLR

JOHN W. FIELD, JOSEPH B. ELAD,
FAITH B. ELAD, QUANTUM LEAP
HOLDINGS, INC., and QUANTUM LEAP
INNOVATIONS, INC.,

Defendants.

**RE-NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants John W. Field, Joseph B. Elad, Faith B. Elad, Quantum Leap Holdings, Inc., and Quantum Leap Innovations, Inc., will take the deposition of Plaintiff Christian J. Henrich on Wednesday, July 11, 2007 beginning at 10:00 a.m. at the offices of Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103, before an officer duly authorized by law to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

ME1 6543843v.1

Respectfully submitted,

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (DE Bar ID #4758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Phone: (302) 984-6300
dsilver@McCarter.com

and

Edward S. Mazurek
Courtney A. Wirth
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: (215).963.5000

Date:  June 27, 2007              Attorneys for Defendants

ME1 6543843v.1

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, certify that, on June 27, 2007, a copy of the foregoing Re-Notice of

Deposition was served via e-file on the following counsel of record:

> Elizabeth A. Wilburn, Esquire
> 1201 Market Street, Suite 800
> Wilmington, DE 19801
> Phone: (302) 425-6400
>
> Attorney for Plaintiff

> /s/ Daniel M. Silver
> Daniel M. Silver (DE Bar Id. #4758)