IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTIAN J. HENRICH,

Plaintiff,

v.

CIVIL ACTION NO. 06-591-SLR

JOHN W. FIELD, JOSEPH B. ELAD,
FAITH B. ELAD, QUANTUM LEAP
HOLDINGS, INC., and QUANTUM LEAP
INNOVATIONS, INC.,

Defendants.

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, counsel for Defendants John W. Field, Joseph B. Elad, Faith B. Elad, Quantum Leap

Holdings, Inc., and Quantum Leap Innovations, Inc., will take the deposition of Plaintiff

Christian J. Henrich on Thursday, July 26, 2007 beginning at 9:00 a.m. at the offices of Morgan,

Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103, before an officer duly

authorized by law to administer oaths. This deposition shall be recorded stenographically, and

will continue from day to day until completed.

ME1 6570333v.1

Respectfully submitted,

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (DE Bar ID #4758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
ADupre@McCarter.com

And

Of Counsel:

Edward S. Mazurek
Courtney A. Wirth
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000

Date: July 11, 2007

Attorneys for Defendants

ME1 6570333v.1

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, certify that, on July 11, 2007, a copy of the foregoing Re-Notice of

Deposition was served via electronic filing and/or United States mail upon the following counsel

of record:

Elizabeth A. Wilburn, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801

David S. Widenor, Esquire
DAMON & MOREY LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY  14202

/s/ Daniel M. Silver
Daniel M. Silver (DE Bar ID #4758)

MEI 6570333v.1