## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIAN J. HENRICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06C-CV-591 (SLR) |
| | ) | |
| JOHN W. FIELD, individually, JOSEPH B. | ) | |
| ELAD, individually, FAITH B. ELAD, | ) | |
| individually, QUANTUM LEAP HOLDINGS, | ) | |
| INC., QUANTUM LEAP INNOVATIONS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on July 13, 2007, Plaintiff Christian J. Henrich's Notices

of Deposition pursuant to Fed. R. Civ. P. 30 directed to Michael Bowman, John W. Field, Joseph

B. Elad and Faith B. Elad, attached hereto at Tabs 1-4, were served by electronic filing and/or

United States mail upon the following:

Daniel M. Silver, Esq.
McCarter & English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Edward Mazurek, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

BLANK ROME LLP

BY:
Elizabeth A. Wilburn (DE #3666)
Alisa E. Moen (DE #4088)
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400

Counsel for Plaintiff Christian J. Henrich

Of Counsel:
DAMON & MOREY LLP
David S. Widenor, Esquire
289 Main Street
1000 Cathedral Place
Buffalo, New York 14202
Phone: (716) 858-3813
Counsel for Plaintiff Christian J. Henrich

Dated: July 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2007, I caused copies of the attached

NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA CM/ECF and HAND DELIVRY**          **VIA FIRST CLASS MAIL**

Daniel M. Silver, Esq.                              Edward Mazurek, Esq.
McCarter & English                                 Morgan, Lewis & Bockius LLP
Renaissance Centre                                  1701 Market Street
405 N. King Street, 8th Floor           Philadelphia, PA  19103
Wilmington, DE 19801

Alisa E. Moen (DE #4088)

126313.00601/40169940v.1

# TAB 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRISTIAN J. HENRICH,                          )
                                               )
                    Plaintiff,                 )
                                               )
        v.                                     )        C.A. No. 06C-CV-591 (SLR)
JOHN W. FIELD, individually, JOSEPH B.         )
ELAD, individually, FAITH B. ELAD,             )
individually, QUANTUM LEAP                     )
HOLDINGS, INC., QUANTUM LEAP                    )
INNOVATIONS, INC.,                             )
                                               )
                    Defendants.                )

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for plaintiff, CHRISTIAN J. HENRICH, will take the deposition of MICHAEL BOWMAN, on **July 25, 2007** beginning at 2:00 p.m. at the offices of Blank, Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103-6998, before an officer duly authorized to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

Dated: Buffalo, New York
       July 13, 2007

                                        Respectfully submitted.

                                        **DAMON & MOREY LLP**

                                        By: *Widenor*

                                        David S. Widenor Esq.
                                        289 Main Street
                                        1000 Cathedral Place
                                        Buffalo, New York 14202
                                        Phone: (716) 858-3813

                                        Elizabeth A. Wilburn
                                        Blank Rome LLP
                                        Chase Manhattan Centre
                                        1201 N. Market Street Suite 800
                                        Wilmington, Delaware 19801
                                        Phone: (302) 425-6487

                                        Counsel for Plaintiff Christian J. Henrich

TO:    Daniel M. Silver, Esq.
McCarter & English, LLP
*Attorneys for Defendants*
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Tel. (302) 984-6300

Edward S. Mazurek, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Tel. (215) 963-5000

#1135601

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTIAN J. HENRICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06C-CV-591 (SLR) |
| JOHN W. FIELD, individually, JOSEPH B. | ) |
| ELAD, individually, FAITH B. ELAD, | ) |
| individually, QUANTUM LEAP | ) |
| HOLDINGS, INC., QUANTUM LEAP | ) |
| INNOVATIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, David S. Widenor, Esq., certify that on the 13th day of July, 2007, a copy of the foregoing

Notice of Deposition to Michael Bowman was served via electronic filing and/or United States mail

upon the following counsel of record:

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801

Edward S. Mazurek, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921

David S. Widenor

#1135682

**TAB 2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRISTIAN J. HENRICH,                      )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )          C.A. No. 06C-CV-591 (SLR)
JOHN W. FIELD, individually, JOSEPH B.     )
ELAD, individually, FAITH B. ELAD,         )
individually, QUANTUM LEAP                 )
HOLDINGS, INC., QUANTUM LEAP               )
INNOVATIONS, INC.,                         )
                                           )
                    Defendants.            )

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for plaintiff, CHRISTIAN J. HENRICH, will take the deposition of Defendant, JOHN W. FIELD, on **July 25, 2007** beginning at 10:45 a.m. at the offices of Blank, Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103-6998 before an officer duly authorized to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

Dated: Buffalo, New York
        July 13, 2007

                                   Respectfully submitted.

                                   **DAMON & MOREY LLP**

                                   By: _____
                                   David S. Widenor Esq.
                                   289 Main Street
                                   1000 Cathedral Place
                                   Buffalo, New York 14202
                                   Phone: (716) 858-3813

                                   Elizabeth A. Wilburn
                                   Blank Rome LLP
                                   Chase Manhattan Centre
                                   1201 N. Market Street Suite 800
                                   Wilmington, Delaware 19801
                                   Phone: (302) 425-6487

                                   Counsel for Plaintiff Christian J. Henrich

TO:    Daniel M. Silver, Esq.
       McCarter & English, LLP
       *Attorneys for Defendants*
       Renaissance Centre
       405 North King Street, 8th Floor
       Wilmington, Delaware 19801
       Tel. (302) 984-6300

       Edward S. Mazurek, Esq.
       Morgan, Lewis & Bockius, LLP
       1701 Market Street
       Philadelphia, Pennsylvania 19103-2921
       Tel. (215) 963-5000

#1135629

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CHRISTIAN J. HENRICH,                          )
                                               )
            Plaintiff,                         )
                                               )
      v.                                       )      C.A. No. 06C-CV-591 (SLR)
JOHN W. FIELD, individually, JOSEPH B.         )
ELAD, individually, FAITH B. ELAD,             )
individually, QUANTUM LEAP                     )
HOLDINGS, INC., QUANTUM LEAP                    )
INNOVATIONS, INC.,                             )
                                               )
            Defendants.                        )

_____

## CERTIFICATE OF SERVICE

I, David S. Widenor, Esq., certify that on the 13th day of July, 2007, a copy of the foregoing

Notice of Deposition to John W. Field was served via electronic filing and/or United States mail upon

the following counsel of record:

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801

Edward S. Mazurek, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921

_____
David S. Widenor

#1135677

**TAB 3**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTIAN J. HENRICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| JOHN W. FIELD, individually, JOSEPH B. | ) |
| ELAD, individually, FAITH B. ELAD, | ) |
| individually, QUANTUM LEAP | ) |
| HOLDINGS, INC., QUANTUM LEAP | ) |
| INNOVATIONS, INC., | ) |
| | ) |
| Defendants. | ) |

C.A. No. 06C-CV-591 (SLR)

## NOTICE OF DEPOSITION

      **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for plaintiff, CHRISTIAN J. HENRICH, will take the deposition of Defendant, JOSEPH B. ELAD, on **July 27, 2007** beginning at 1:00 P.m. at the offices of Blank, Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103-6998 before an officer duly authorized to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

Dated: Buffalo, New York
     July 13, 2007

                           Respectfully submitted.

                           **DAMON & MOREY LLP**

                           By: _____
                           David S. Widenor Esq.
                           289 Main Street
                           1000 Cathedral Place
                           Buffalo, New York 14202
                           Phone: (716) 858-3813

                           Elizabeth A. Wilburn
                           Blank Rome LLP
                           Chase Manhattan Centre
                           1201 N. Market Street Suite 800
                           Wilmington, Delaware 19801
                           Phone: (302) 425-6487

                           Counsel for Plaintiff Christian J. Henrich

TO:   Daniel M. Silver, Esq.
McCarter & English, LLP
*Attorneys for Defendants*
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Tel. (302) 984-6300

Edward S. Mazurek, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Tel. (215) 963-5000

#1135654

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRISTIAN J. HENRICH,                        )
                                             )
                    Plaintiff,               )
                                             )
          v.                                 )      C.A. No. 06C-CV-591 (SLR)
                                             )
JOHN W. FIELD, individually, JOSEPH B.       )
ELAD, individually, FAITH B. ELAD,           )
individually, QUANTUM LEAP                   )
HOLDINGS, INC., QUANTUM LEAP                  )
INNOVATIONS, INC.,                           )
                                             )
                    Defendants.              )

## CERTIFICATE OF SERVICE

I, David S. Widenor, Esq., certify that on the 13th day of July, 2007, a copy of the foregoing

Notice of Deposition to Joseph B. Elad was served via electronic filing and/or United States mail upon

the following counsel of record:

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801

Edward S. Mazurek, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921

David S. Widenor

#1135679

**TAB 4**

.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRISTIAN J. HENRICH,                          )
                                               )
                        Plaintiff,             )
                                               )
            v.                                 )          C.A. No. 06C-CV-591 (SLR)
JOHN W. FIELD, individually, JOSEPH B.         )
ELAD, individually, FAITH B. ELAD,             )
individually, QUANTUM LEAP                     )
HOLDINGS, INC., QUANTUM LEAP                    )
INNOVATIONS, INC.,                             )
                                               )
                        Defendants.            )

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for plaintiff, CHRISTIAN J. HENRICH, will take the deposition of Defendant, FAITH B. ELAD, on **July 27, 2007** beginning at 9:00 a.m. at the offices of Blank, Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103-6998 before an officer duly authorized to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

Dated: Buffalo, New York
       July 13, 2007

                                   Respectfully submitted.

                                   **DAMON & MOREY LLP**

                                   By: _Widenn_

                                   David S. Widenor Esq.
                                   289 Main Street
                                   1000 Cathedral Place
                                   Buffalo, New York 14202
                                   Phone: (716) 858-3813

                                   Elizabeth A. Wilburn
                                   Blank Rome LLP
                                   Chase Manhattan Centre
                                   1201 N. Market Street Suite 800
                                   Wilmington, Delaware 19801
                                   Phone: (302) 425-6487

                                   Counsel for Plaintiff Christian J. Henrich

TO:    Daniel M. Silver, Esq.
        McCarter & English, LLP
        *Attorneys for Defendants*
        Renaissance Centre
        405 North King Street, 8th Floor
        Wilmington, Delaware 19801
        Tel. (302) 984-6300

        Edward S. Mazurek, Esq.
        Morgan, Lewis & Bockius, LLP
        1701 Market Street
        Philadelphia, Pennsylvania 19103-2921
        Tel. (215) 963-5000

#1135664

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTIAN J. HENRICH,                          )
                                               )
                    Plaintiff,                 )
                                               )
        v.                                     )        C.A. No. 06C-CV-591 (SLR)
                                               )
JOHN W. FIELD, individually, JOSEPH B.         )
ELAD, individually, FAITH B. ELAD,             )
individually, QUANTUM LEAP                     )
HOLDINGS, INC., QUANTUM LEAP                   )
INNOVATIONS, INC.,                             )
                                               )
                    Defendants.                )

## CERTIFICATE OF SERVICE

I, David S. Widenor, Esq., certify that on the 13th day of July, 2007, a copy of the foregoing

Notice of Deposition to Faith B. Elad was served via electronic filing and/or United States mail upon

the following counsel of record:

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801

Edward S. Mazurek, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921

David S. Widenor

#1135680