

## McCARTER ENGLISH
ATTORNEYS AT LAW

July 20, 2007

VIA HAND DELIVERY

The Honorable Sue L. Robinson
District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801

Michael P. Kelly
Partner
T. 302.984.6301
F. 302.984.2493
mkelly@mccarter.com

Re:   Christian J. Henrich v. John W. Field, et al.
      C. A. No. 06-CV-591

Dear Judge Robinson:

Discovery in this matter is scheduled to close on July 31, 2007. Plaintiff's counsel has asked us to agree to a thirty-day extension of the discovery period. Additionally, there had been settlement discussions between counsel that we once regarded optimistically, but which recently have taken a turn for the worse.

We wanted to apprise Your Honor of these developments in the event you believed that a status conference among counsel for the parties and Your Honor (or Magistrate Judge Thynge) would be appropriate at this juncture to discuss the status of discovery and potential settlement.

As always, we remain at the Court's complete disposal.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Respectfully Submitted,

Michael P. Kelly (#2295)

DMS/jc

Enclosure

cc:   Elizabeth A. Wilburn, Esq. (via email)
      Edward S. Mazurek, Esq. (via email)
      David Windenor, Esq. (via email)

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6588281v.1