

ATTORNEYS AT LAW

August 7, 2007

VIA HAND DELIVERY & E-FILING

The Honorable Sue L. Robinson
District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801

**Daniel M. Silver**
Associate
T. 302.984.6331
F. 302.691.1260

Re:    Christian J. Henrich v. John W. Field, et al.
       C. A. No. 06-CV-591

Dear Judge Robinson:

I write to inform Your Honor that the parties have settled the above-referenced matter as reflected in the enclosed email exchange between their respective counsel.   Please do not hesitate to contact me if you require any additional information.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

As always, we remain at the Court's complete disposal.

Respectfully Submitted,

Daniel M. Silver (#4758)

BALTIMORE

DMS/jc

BOSTON

Enclosure

HARTFORD

cc:    Elizabeth A. Wilburn, Esq. (via email)
       Edward S. Mazurek, Esq. (via email)
       David Windenor, Esq. (via email)

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON



"David S. Widenor"
&lt;dwidenor@damonmorey.co
m&gt;

07/23/2007 11:45 AM

To   emazurek@morganlewis.com

cc

bcc

Subject   Re: Henrich v Quantum: Settlement Purposes

History:          This message has been replied to.

Ed:

We have a settlement agreement.  I will await your draft settlement agreement.

David

David S. Widenor, Esq.
DAMON & MOREY LLP
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202
dwidenor@damonmorey.com
716.858.3813 (office)
716.348.2401 (cell)
716.856.5537 (fax)


Damon & Morey LLP is a multi-service law firm. For more
information on our practice areas and attorneys, visit www.damonmorey.com


&gt;&gt;&gt; &lt;emazurek@morganlewis.com&gt; 7/23/2007 11:34 AM &gt;&gt;&gt;



David,

My clients' sole objective in settlement is finality.  Accordingly, Quantum
will pay $8,000 to your client in exchange for a general release which
would include, but not be limited to, his claims in the lawsuit which would
be subject to a stipulation of dismissal with prejudice each party to bear
its own costs.   The agreement would include an acknowledgment that your
client has relinquished any right or claim to any stock and stock options
in Holdings, Innovations and any predecessors and affiliated entities.
Quantum will cancel the checks issued to your client for the unvested
shares ($13.54) and the vested shares ($530.88).  Additionally, the
settlement agreement would acknowledge that Quantum is entering into the
settlement solely to avoid the costs of further litigation and that its
agreement to settle shall not be an acknowledgement of any wrongdoing or of
the validity of any claims asserted against any of the defendants.
Finally, the agreement would include a mutual non-disparagement provision.
Please let me know if these terms are acceptable and I will prepare the
agreement for execution today.

ESM