IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIAN J. HENRICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06C-CV-591 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN W. FIELD, individually, JOSEPH B. | ) | |
| ELAD, individually, FAITH B. ELAD, | ) | |
| individually, QUANTUM LEAP | ) | |
| HOLDINGS, INC., QUANTUM LEAP | ) | |
| INNOVATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The Parties, through the signature of their counsel on this Stipulation, stipulate

and dismiss with prejudice this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure with each party to bear his, her own or its own costs of litigation and attorney's fees.

Dated: October **2**, 2007
    Buffalo, New York

DAMON & MOREY, LLP
*Attorneys for Plaintiff*

By: *S. Widenor*
    David S. Widenor, Esq.
    1000 Cathedral Place
    298 Main Street
    Buffalo, New York 14202-4096
    Tel. (716) 858-3813

Elizabeth A. Wilburn   DE # 3666
Blank Rome LLP
Chase Manhattan Centre
1201 N. Market Street Suite 800
Wilmington, Delaware 19801
Phone: (302) 425-6487

Wilburn @ blankrome.com

Dated: October **/**, 2007
    Philadelphia, Pennsylvania

MORGAN, LEWIS & BOCKIUS, LLP
*Attorneys for Defendant*

By: *Edward S. Mazurek*
    Edward S. Mazurek, Esq.
    1701 Market Street
    Philadelphia, Pennsylvania 19103-2921
    Tel. (215) 963-5000

Daniel M. Silver, Esq.   (# 4758)
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Tel. (302) 984-6300

ds.lver @ mccarter.com

EXHIBIT A